AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

-FILED-

JAN 31 2020

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MARQWAN BLASINGAME | ) | Case No. 2:20MJ017 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 16, 2019__ in the county of __LAKE__ in the __Northern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | Making material false statements in the acquisition of a firearm. |
| 18 U.S.C. § 924(a)(1)(A) | Making material false statements in the acquisition of a firearm regarding information required to be kept in the records of a licensed firearms dealer. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

ATF Special Agent Kathryn Singer
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/31/2020

s/ Andrew P. Rodovich
Judge's signature

City and state: HAMMOND, INDIANA

Andrew P. Rodovich, Magistrate
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, KATHRYN SINGER, Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives, being duly sworn, state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), a Division of the United States Department of Justice, and have been so employed since September 1, 2013. Prior to my experience with the ATF, I was a police officer for the Village of Park Forest in Park Forest, IL from December 2010 until September 2013. As a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, I am vested with the authority to investigate violations of federal laws, including Titles 18 and 26, United States Code. I have participated in the investigation of violent and gang related crimes and firearms trafficking. I have investigated and participated in cases involving persons violating the federal firearms laws, including straw purchasers and persons distributing without a being a registered Federal Firearm Licensee.

2. Your affiant states that the facts which establish the probable cause necessary for issuance of the criminal complaint are either personally known to me or have been told to me directly by other law enforcement officers with whom I have worked on this case.

## SUMMARY OF PROBABLE CAUSE

3. On December 17, 2019, the Gary Police Department recovered a Taurus G2C semi-automatic pistol from a stolen vehicle during a traffic stop in Gary, Indiana. The vehicle was stolen and was suspected to have been used in a homicide, which occurred on December 16, 2019 in Gary, Indiana. A trace on this firearm revealed that the firearm was purchased by Marqwan BLASINGAME on December 16, 2019, one day prior to its recovery. BLASINGAME purchased this firearm from Westforth Sports, Inc., a federally licensed firearms dealer, located in Gary, Indiana.

4. On December 16, 2019, BLASINGAME completed an ATF Form 4473 Firearms Transaction Record in order to acquire the firearm. On this form, question number 11.a. asked if Blasingame was the actual transferee/buyer of the firearms listed on the form. There are boxes for the purchaser to select "yes" or "no." Blasingame put an x in the box indicating "yes." The "no" box also has an x in it, but that is crossed out and Blasingame's initials are written next to it. In addition, question number 2 asked for Blasingame's current state of residence and address. Blasingame answered that his current address was 4424 Dearborn Avenue, Hammond, Indiana.

5. On January 16, 2020, ATF obtained several multiple sale reports regarding BLASINGAME's purchases of firearms from December 16,

2019 through December 29, 2019, and discovered BLASINGAME had purchased at least 15 firearms from Westforth Sports Inc., Cabela's, and Darkside Armory.

6. On January 16 and 21, 2020, ATF agents attempted to speak with BLASINGAME at his listed residence of 4424 Dearborn Avenue, Hammond, Indiana 46327 and left a card to contact ATF. On January 21, 2020, BLASINGAME's mother contacted ATF and advised that BLASINGAME had not lived at that residence for several months and could possibly be living with her daughter in East Chicago, Indiana.

7. On January 22, 2020, ATF agents interviewed BLASINGAME in East Chicago, Indiana. During the interview, BLASINGAME admitted to ATF agents that he purchased the Taurus semiautomatic pistol for another person and told ATF agents that this other person gave him money for the firearm. Blasingame also admitted to purchasing other firearms for other individuals.

8. BLASINGAME informed ATF agents that he was currently living in East Chicago, Indiana, and had not lived at 4424 Dearborn Avenue in Hammond, Indiana, since approximately the beginning of December, 2019.

9. If BLASINGAME would have answered truthfully to question number 11.a. on ATF Form 4473 concerning whether he was the actual buyer of the firearms listed on the form, the federally licensed firearms dealer

would have denied the transaction by law due to BLASINGAME not being the actual purchaser of the firearms.

10. In addition, if BLASINGAME would have answered truthfully to question number 2 on ATF Form 4473 concerning his residence, the federal licensed firearms dealer would have denied the transaction by law due to BLASINGAME not having valid identification with his current and accurate address.

11. By federal law, federally licensed firearms dealers are required to keep the ATF Form 4473 completed by the purchaser, which includes the transferee's statement that he is the actual transferee/buyer of the firearms listed on the form, information regarding the name, age, and place of residence of the transferee, and the transferee's certification that his answers are true, correct, and complete.

## CONCLUSION

12. Based upon the information contained in this Affidavit, probable cause exists to believe that on or about December 16, 2019, in the Northern District of Indiana, Marqwan BLASINGAME made material false statements in the acquisition of a firearm, in violation of Title 18, United States Code, Section 922(a)(6). Additionally, probable cause exists to believe that on or about December 16, 2019, in the Northern District of Indiana, Marqwan BLASINGAME made material false statements in the acquisition of a

firearm regarding information required to be kept in the records of licensed firearms dealer, in violation of Title 18, United States Code, Section 924(a)(1)(A).

FURTHER AFFIANT SAYETH NAUGHT.

_____
KATHRYN SINGER, SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

Subscribed and sworn to
before me this 31st day
of January 2020.

s/ Andrew P. Rodovich
_____
HONORABLE ANDREW P. RODOVICH
UNITED STATES MAGISTRATE JUDGE