-FILED-

FEB 21 2020

ROBERT N. M\_OVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:20 CR 026 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| MARQWAN BLASINGAME | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about the following dates, in the Northern District of Indiana,

**MARQWAN BLASINGAME,**

defendant herein, in connection with the acquisition of firearms from the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made false and fictitious statements to the dealer, which statements were intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale of such firearms, in that the defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record on the following dates, that he was the actual transferee/buyer of the firearm(s) listed on the form, whereas in truth and in fact, he well knew that he was not the actual transferee/buyer of the

1

firearm(s) listed on the form, and the defendant represented that his current state of residence and address was 4424 Dearborn Avenue, Hammond, Indiana, whereas in truth and in fact, he knew that his current address was not 4424 Dearborn Avenue, Hammond, Indiana, all in violation of Title 18, United States Code, Section 922(a)(6).

| Count | Date | Firearms Dealer |
| --- | --- | --- |
| 1 | December 16, 2019 | Westforth Sports, Inc. |
| 2 | December 18, 2019 | Westforth Sports, Inc. |
| 3 | December 19, 2019 | Westforth Sports, Inc. |
| 4 | December 20, 2019 | Westforth Sports, Inc. |
| 5 | December 22, 2019 | Cabela's |
| 6 | December 24, 2019 | Westforth Sports, Inc. |
| 7 | December 26, 2019 | Westforth Sports, Inc. |
| 8 | December 27, 2019 | Westforth Sports, Inc. |

**THE GRAND JURY FURTHER CHARGES:**

On or about the following dates, in the Northern District of Indiana,

**MARQWAN BLASINGAME,**

defendant herein, knowingly made false statements and representations to the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the dealer, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record on the following dates, to the effect that he was the actual transferee/buyer of the firearm(s) listed on the form, whereas in truth and in fact, he well knew that he was not the actual transferee/buyer of the firearm(s) listed on the form, and the defendant represented that his current state of residence and address was 4424 Dearborn Avenue, Hammond, Indiana, whereas in truth and in fact, he knew that his current address was not 4424 Dearborn Avenue, Hammond, Indiana, all in violation of Title 18, United States Code, Section 924(a)(1)(A).

| Count | Date | Firearms Dealer |
|---|---|---|
| 9 | December 16, 2019 | Westforth Sports, Inc. |
| 10 | December 18, 2019 | Westforth Sports, Inc. |
| 11 | December 19, 2019 | Westforth Sports, Inc. |

| 12 | December 20, 2019 | Westforth Sports, Inc. |
| 13 | December 22, 2019 | Cabela's |
| 14 | December 24, 2019 | Westforth Sports, Inc. |
| 15 | December 26, 2019 | Westforth Sports, Inc. |
| 16 | December 27, 2019 | Westforth Sports, Inc. |

A TRUE BILL:

s/Foreperson
FOREPERSON

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By:  s/Kevin F. Wolff
     Kevin F. Wolff
     Assistant United States Attorney